# Court of Appeals
# of the State of Georgia

ATLANTA,  August 11, 2023

*The Court of Appeals hereby passes the following order:*

**A23A1754. DAVID V. NELSON v. THE STATE.**

On June 15, 2023, David V. Nelson filed this direct appeal of the trial court's January 26, 2022 order revoking his probation. However, an application for discretionary appeal is required to appeal orders revoking probation. See OCGA § 5-6-35 (a) (5); *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). Thus, pretermitting the timeliness of this appeal, Nelson's failure to follow the required appellate procedure deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/11/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*